

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

The State of Texas,

\* From the 220th District Court
  of Comanche County
  Trial Court No. 1319.

Vs. No. 11-17-00236-CR

  \* August 30, 2019

Joe D. Bryan,

\* Memorandum Opinion by Wright, S.C.J.
  (Panel consists of: Bailey, C.J.,
  Stretcher, J., and Wright, S.C.J.,
  sitting by assignment)
  (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, we vacate the trial court's August 14, 2017 order granting Joe D. Bryan's first motion for additional post-conviction forensic DNA testing, and we remand this cause to the trial court for further proceedings.